**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Philip M. Douglas,

Plaintiff,

v.

Civil No. 01-460 (RHK/RLE)
DWF/

Railamerica, Inc.,

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED**, that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED**, that a copy of this Order shall be filed in the above-captioned case.

Dated: March 16, 2001

RICHARD H. KYLE
United States District Judge



FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Philip M. Douglas

vs. 01-460DWF/RLE

Railamerica, Inc.

Judge Kyle has recused himself with regard to the above-entitled matter and has now been re-assigned to Judge Donovan W. Frank. Please note that Magistrate Judge Raymond L. Erickson still remains the Magistrate. Please refer to the file number above when submitting documents to the court in the future.